# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAX RAZO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-01341-JCM-PAL |
| | ) | |
| vs. | ) | **Request for Exception from Attendance - 14** |
| | ) | |
| ALL METAL MAINTENANCE STANDS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#14), filed on September 4, 2015.  Defendant requests that its insurance carrier be excused from attending the ENE in person.  The request is based on the fact that Defendant has a substantial self-insured retention and any resolution of this matter will be funded by Defendant.

On September 8, 2015, the Court entered Minute Order (#16) instructing Plaintiff to file any objections to Defendant's requested exception by September 15, 2015 and informing Plaintiff that failure to object will result in granting Defendant's request.  Plaintiff did not file an objection, and therefore, the Court grants Defendant's request.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#14) is **granted**.

DATED this 16th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge