1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7  MAX RAZO

8                                              Plaintiff,

9      v.

ALL METAL MAINTENANCE

10

11                                              Defendants.

Case No. 2:15-cv-001341-JCM-PAL

ORDER

(Rqst to WD – Dkt. #18)

12         Before the court is the Request for Leave to Withdraw Attorney Amy L. Baker (Dkt. #18)

13  filed September 22, 2015.  The request advises that Ms. Baker is no longer an employee of

14  Jackson Lewis P.C. and therefore requests to remove her as counsel of record.  The request

15  further advises that her withdrawal will not cause any delay in this matter as Deverie J.

16  Christensen will still remain as lead counsel in this record.  Accordingly,

17         **IT IS ORDERED** that the Request for Leave to Withdraw Attorney Amy L. Baker (Dkt.

18  #18) is **GRANTED,** and Amy L. Baker shall be withdrawn as an attorney of record in this

19  matter for Defendant All Metal Maintainance.  Deverie J. Christensen will continue as lead

20  counsel in this matter.

21         DATED this 24th day of September, 2015.

22
23
24

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1