Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX RAZO,<br><br>        Plaintiff,<br><br>    v.<br><br>ALL METAL MAINTENANCE STANDS, and ROES I through X, inclusive,<br><br>        Defendants. | Case No.: 2:15-cv-01341-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate and agree that Plaintiff Max Razo has resolved all of his claims against Defendant All Metal Maintenance Stands pursuant to a confidential Settlement Agreement.  It is hereby further stipulated that all

claims asserted by Plaintiff in the above-captioned matter shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 14th day of June, 2017.

| Pro Se Plaintiff | JACKSON LEWIS P.C. |
|---|---|
| /s/ Max Razo [1] | /s/ Phillip C. Thompson |
| Max Razo | Deverie J. Christensen, Bar No. 6596 |
| 28810 North Bush Street | Phillip C. Thompson, Bar No. 12114 |
| Wittmann, Arizona 85361 | 3800 Howard Hughes Parkway, Ste. 600 |
| | Las Vegas, Nevada 89169 |
| Plaintiff | Attorneys for Defendant |

**IT IS SO ORDERED.**

Dated June 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has inserted Plaintiff's electronic signature with permission of Plaintiff as agreed during the June 12, 2017 status hearing in this matter.